**Appeal dismissed and Memorandum Opinion filed February 15, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00881-CV

### HENRY KECULAH, Appellant

### V.

### CATHERINE HAYES, Appellee

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-37863**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed on November 14, 2023 denying appellant's request to proceed without paying court costs. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266,

272 (Tex. 1992) (orig. proceeding). Orders denying requests to proceed without paying court costs are normally not appealable interlocutory orders. *El-Bey v. Est. of Williams*, Nos. 01-23-00070-CV & 01-23-00073-CV, 2023 WL 4239852, at *1 (Tex. App.—Houston [1st Dist.] June 29, 2023, pet. filed) (per curiam) (mem. op.).

On January 26, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless any party demonstrated this court has jurisdiction over this appeal on or before February 5, 2024. *See* Tex. R. App. P. 42.3(a). No response was filed.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.

2